## THE EVANSVILLE AND CRAWFORDSVILLE R. R. CO. v. HADDON.

From the Knox Circuit Court.

*F. W. Viehe* and *R. G. Evans*, for appellant.

*G. G. Reily* and *W. C. Johnson*, for appellee.

HOWK, J.—In this action, the same questions are presented for decision

as those which were considered and decided by this court, at this term, in the case of *The Evansville and Crawfordsville R. R. Co.* v. *Snapp*, 61 Ind. 303.

Upon the authority of the case cited, the judgment in this cause is affirmed, at the appellant's costs.